**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **PERCY D. GIVENS** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil No. **PJM 10-1249** |
| | * | |
| **CITIMORTGAGE, INC.** | * | |
| | * | |
| | * | |
| Defendant | * | |

**<u>FINAL ORDER OF JUDGMENT</u>**

Upon consideration of Defendant CitiMortgage, Inc.'s Motion to Dismiss [Paper No. 4] and Plaintiff Percy D. Givens's Opposition thereto, it is, for the reasons stated in the accompanying Memorandum Opinion, this 28th day of February, 2011

**ORDERED**

1. Defendant's Motion to Dismiss [Paper No. 4] is **GRANTED**;

2. Final Judgment is **ENTERED** in favor of Defendant and against Plaintiff; and

3. The Clerk of the Court is directed to **CLOSE** the case.

                                                 /s/
                                     **PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE**